UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED 2011 MAR 22 A 10:07
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

IN RE: RCK Modular Home Service

CASE NO. 04-11410-JMD
CHAPTER 7

Debtor(s)

## REPORT OF UNCLAIMED FUNDS

Now Comes, Timothy P. Smith, ("Trustee"), to report that the following funds were not claimed.

1. The Trustee was granted an Order to Disburse funds to the creditors on or about December 7, 2009. The Trustee disbursed funds accordingly and Pat Mele, Haywood, Dexter Dr. & Paul Davis, Layman, Natalie c/o Commonwealth of Massachusetts, Nguyen Uyen, Michael & Leah Procito and Michael Sherar did not cash their checks.

| Creditor | Claim No. | Claim Amount | Disbursed Amount |
|---|---|---|---|
| Pat Mele<br>215 Havre Street<br>Boston, MA 02128 | 22B | $2,225.00 | $1732.48 |
| Haywood, Dexter Dr.<br>& Paul Davis<br>4 West Cottage St<br>Roxbury MA 02119 | 39A1 | $2,225.00 | $1732.48 |
| Layman, Natalie c/o<br>Commonwealth<br>of Massachusetts<br>Office of the Attorney General<br>Stephanie Kahn, Deputy Chief<br>One Ashburton Place<br>Boston, MA 02108 | 39A3 | $2,225.00 | $1732.48 |
| Nguyen, Uyen T.<br>1003 Dorchester Ave Apt 1<br>Dorchester MA 02124 | 39A5 | $2,225.00 | $1732.48 |
| Procito, Michael & Leah<br>5 Proctor Ave<br>Rever MA 02151 | 39A6 | $2,225.00 | $1732.48 |

| | | | |
|---|---|---|---|
| Michael D. Sherar<br>PO Box 1731<br>Salem, NH 03079 | 70 | $2,225.00 | $1732.48 |

2. The Trustee has voided the original check made payable to the above listed creditor and has submitted a check made payable to the Clerk of Court in the amount of $10,394.88.

Respectfully submitted,

Dated: March 15, 2011        By: /s/Timothy P. Smith
Timothy P. Smith, Trustee
67 Middle Street
Manchester, NH  03101
603-623-0036
BNH01446